IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 1:10-00002 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| CHRISTOPHER CLAY BISHOP, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's motion to dismiss the indictment (Docket Entry No. 32). Upon review of the file, that motion is **GRANTED** and the indictment is **DISMISSED without prejudice**.

It is so **ORDERED**.

ENTERED this the _17th_ day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge